IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CT-3113-D

MARLOW WILLIAMS, )
)
Plaintiff, )
)
v. ) ORDER
)
ERIK A. HOOKS and ROBERT EVANS, )
)
Defendants. )

On July 13, 2018, Magistrate Judge Numbers issued a Memorandum and Recommendation ("M&R") [D.E. 42]. In the M&R, Judge Numbers granted Marlow Williams's ("Williams" or "plaintiff") motion for leave to file an amended motion for summary judgment and recommended that Williams's original motion for summary judgment [D.E. 19] be denied as moot. No party objected to the M&R.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (emphasis, alteration, and quotation omitted); see 28 U.S.C. § 636(b). Absent a timely objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Diamond, 416 F.3d at 315 (quotation omitted). The court has reviewed the M&R and the record. The court is satisfied that there is no clear error on the face of the record. Accordingly, the court adopts the conclusions in the M&R [D.E. 42].

In sum, the court ADOPTS the conclusions in the M&R [D.E. 42], and Williams's original

motion for summary judgment [D.E. 19] is DENIED as moot.

SO ORDERED. This 2 4 day of August 2018.

                                                                        JAMES C. DEVER III  
                                                                        Chief United States District Judge